Judge: Gary Spraker

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>Myran Gonzles,<br><br>　　　　　　　　　　Debtor. | Case No. 18-00426<br>Chapter 13<br><br>CERTIFICATE OF SERVICE |

I, Cori Gustafson, declare under penalty of perjury, that I am over 18 years of age, and not a party to the above captioned matter.  On May 16, 2019, I served the *United States Trustee's Motion for Order Approving Stipulated Injunction and Penalties Under Fed. R. Bankr. P. 9019 with exhibit and proposed order and Notice of United States Trustee's Motion for Order* by mailing true and correct copies thereof by regular first-class United States mail, fully pre-paid upon the attached list and upon:

OLG Services, Inc.
15260 Ventura Blvd
Sherman Oaks, Ca 91403

I declare the foregoing is true and correct under penalty of perjury.

Dated: May 16, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　GREGORY M. GARVIN
　　　　　　　　　　　　　　　　　　　Acting United States Trustee

　　　　　　　　　　　　　　　　　　　*/s/ Cori Gustafson*
　　　　　　　　　　　　　　　　　　　Cori Gustafson
　　　　　　　　　　　　　　　　　　　Paralegal Specialist for the United States Trustee

*CERTIFICATE OF SERVICE*　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　　　　　　　　United States Courthouse
　　　　　　　　　　　　　　　　　　　　　　　　700 Stewart Street, Suite 5103
　　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101-1271
　　　　　　　　　　　　　　　　　　　　　　　　206-553-2000, 206-553-2566 (fax)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>097--1<br>Case 18-00426<br>District of Alaska<br>Juneau<br>Thu May 16 06:19:46 AKDT 2019 | Myrna Bernaldo Gonzales<br>9095 Shelye Way<br>Juneau, AK 99801-8022 | Devoron K. Hill<br>The Sayer Law Group<br>925 E. 4th Street<br>Waterloo, IA 50703-3925 |
| Nacole M. Jipping(13)<br>Chapter 13 Trustee<br>101 E. 9TH AVE., #5A<br>Anchorage, AK 99501-3651 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Municipality of Anchorage<br>Department of Law<br>P O Box 196650<br>Anchorage, AK 99519-6650 |
| NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MOR<br>c/o Josephine E. Piranio, Esq.<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>PO Box 10826<br>Greenville, SC  29603-0826 | NewRez LLC, f/k/a New Penn Financial, LLC d/<br>c/o The Sayer Law Group, P.C.<br>925 E. 4th Street<br>Waterloo, IA 50703-3925 |
| Office of the U.S. Trustee<br>700 Stewart Street, Suite 5103<br>Seattle, WA 98101-4438 | Kathryn Perkins<br>DOJ-Ust<br>700 Stewart Street<br>Suite 5103<br>Seattle, WA 98101-4438 | Josephine E. Piranio<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117-3600 |
| Shell Point Mortgage<br>PO Box 10826<br>Greenville, South Carolina 29603-0826 | Valerie M. Therrien<br>Valerie M. Therrien, P.C.<br>208 Barnette Street<br>Fairbanks, AK 99701-4524 | True North Federal Credit Union<br>P.O. Box 34157<br>Juneau, Alaska 99803-4157 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M

End of Label Matrix
Mailable recipients     14
Bypassed recipients      1
Total                   15