```
Valerie M. Therrien PC
208 Barnette Street
Fairbanks, AK 99701
907 452 6195
907 456 5949 fax
```

IN THE BANKRUPTCY COURT FOR THE STATE OF ALASKA

In Re:

| | |
|---|---|
| MYRNA BERNALDO GONZALES, | ) |
| | ) Case No. J18-00426 |
| DEBTOR. | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF DATE TO FILE OBJECTIONS TO MODIFIED PLAN**
**AND MODIFIED CHAPTER 13 PLAN**

The undersigned hereby certifies that on the 25TH day of MARCH, 2020 a true and correct copy of

**NOTICE OF DATE TO FILE OBJECTIONS TO MODIFIED PLAN**
**AND MODIFIED CHAPTER 13 PLAN**

was served on the following:
  **SEE ATTACHED MATRIX** and

```
    L. Bryant Jaquez
    Ghidotti Berger, LLP
    1920 Old Tustin Avenue
    Santa Ana, CA 92705
```

by first-class mail, with postage fully prepaid thereon, if an address is indicated above or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

Additionally, the undersigned hereby certifies on the 25TH day of MARCH 2020, a true and correct copy the Modified Plan, Motion to Modify Plan Post confirmation, Memorandum of Law In Support of Motion to Modify Chapter 13 Plan, were served electronically upon:

| | |
|---|---|
| U.S. Trustee's Office | Nacole Jipping, Trustee |
| Devoron K. Hill | Josephne E. Piranio |
| Philip S. Traynor | Kathryn Perkins |

Additionally, the undersigned hereby certifies on the 25TH day

Case 18-00426    Filed 03/25/20    Entered 03/25/20 14:17:55    Doc# 86    Page 2 of 3

of MARCH 2020, a true and correct copy of this Certificate of Service was served electronically upon:

| | |
|---|---|
| U.S. Trustee's Office | Nacole Jipping, Trustee |
| Devoron K. Hill | Josephne E. Piranio |
| Philip S. Traynor | Kathryn Perkins |

and by mail to L. Bryant Jaquez, Ghidotti Berger, LLP.

Dated this 25TH day of March, 2020

*Valerie M. Therrien*
Valerie M. Therrien
Attorney at Law
ABA NO 7610137

| | | |
|---|---|---|
| Label Matrix for local noticing<br>097--1<br>Case 18-00426<br>District of Alaska<br>Juneau<br>Wed Mar 25 13:50:46 AKDT 2020 | Myrna Bernaldo Gonzales<br>9095 Sheiye Way<br>Juneau, AK 99801-8022 | Devoron K. Hill<br>The Sayer Law Group<br>925 E. 4th Street<br>Waterloo, IA 50703-3925 |
| L. Bryant Jaquez<br>Ghidotti Berger, LLP<br>1920 Old Tustin Avenue<br>Sanat Ana, CA 92705-7811 | Nacole M. Jipping(13)<br>Chapter 13 Trustee<br>101 E. 9TH AVE., #5A<br>Anchorage, AK 99501-3651 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Municipality of Anchorage<br>Department of Law<br>P O Box 196650<br>Anchorage, AK 99519-6650 | NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MOR<br>c/o Josephine E. Piranio, Esq.<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| NewRez LLC, f/k/a New Penn Financial, LLC d/<br>c/o The Sayer Law Group, P.C.<br>925 E. 4th Street<br>Waterloo, IA 50703-3925 | Office of the U.S. Trustee<br>700 Stewart Street, Suite 5103<br>Seattle, WA 98101-4438 | Kathryn Perkins<br>DOJ-Ust<br>700 Stewart Street<br>Suite 5103<br>Seattle, WA 98101-4438 |
| Josephine E. Piranio<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117-3600 | Shell Point Mortgage<br>PO Box 10826<br>Greenville, South Carolina 29603-0826 | Valerie M. Therrien<br>Valerie M. Therrien, P.C.<br>208 Barnette Street<br>Fairbanks, AK 99701-4524 |
| Philip S. Traynor<br>Albertelli Law<br>2201 Royal Lane<br>Suite 155<br>75063<br>Irving, TX 75063-3303<br><br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste. 400<br>Irving, TX 75038-2480 | True North Federal Credit Union<br>P.O. Box 34157<br>Juneau, Alaska 99803-4157 | U.S. Bank Trust National Association,<br>as Trustee of the Lodge Series IV Trust<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT M | (u)U.S. Bank Trust National Association, as T | (u)US Bank Trust National Association, as Tru |

End of Label Matrix
Mailable recipients    18
Bypassed recipients     3
Total                  21